District Judge Tana Lin

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOSE SANCHEZ RUFINO,

    Plaintiff,

v.

UR M. JADDOU, *et al.*,

    Defendants.

No. 2:23-cv-1851-TL

STIPULATED MOTION TO DISMISS FOIA CLAIM AND ORDER

Noted for Consideration:
January 23, 2024

    Plaintiff brought this litigation raising claims pursuant to the Mandamus Act, Administrative Procedure Act, and the Freedom of Information Act ("FOIA"). The parties stipulate and request that Plaintiff's FOIA claim against Department of Homeland Security's ("DHS") Office of Biometric Identity Management ("OBIM") or DHS's Headquarters, be dismissed from this case. The parties agree that the FOIA claim is moot and that the other claims do not pertain to OBIM or DHS Headquarters.

//

//

//

//

STIPULATED MOTION TO DISMISS
FOIA CLAIM        - 1
23-cv-1851-TL

Dated: January 23, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: 253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

**I certify that this memorandum contains 72 words, in compliance with the Local Civil Rules.**

s/ Minda A. Thorward
MINDA A. THORWARD WSBA#47594
Gibbs Houston Pauw
1000 Second Avenue, Suite 1600
Seattle, Washington 98104-1003
Phone: 206-682-1080
Email: minda.thorward@ghp-law.net
*Attorneys for Plaintiff*

## ORDER

The parties having so stipulated and agreed, the Court hereby ORDERS that the Plaintiff's claim brought pursuant to the Freedom of Information Act be dismissed.

DATED this 23rd day of January, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION TO DISMISS
FOIA CLAIM      - 2
23-cv-1851-TL