District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSE SANCHEZ RUFINO,<br><br>              Plaintiff,<br>    v.<br><br>UR M. JADDOU, *et al.*,<br><br>              Defendants. | No. 2:23-cv-01851-TL<br><br>STIPULATED MOTION TO DISMISS AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>February 12, 2024 |

      Pursuant to Federal Rule of Civil Procedure 41(a), the parties request that the case be dismissed without prejudice with each party to bear their own costs and attorneys' fees. The claims raised in the Complaint have been resolved.

      DATED this 12th day of February, 2024.

//

//

//

//

//

//

//

Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | GIBBS HOUSTON PAUW |
| *s/Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:    (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Minda A. Thorward*<br>MINDA A. THORWARD WSBA#47594<br>1000 Second Avenue, Suite 1600<br>Seattle, Washington 98104-1003<br>Phone: (206) 682-1080<br>Email:  minda.thorward@ghp-law.net<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

***I certify that this memorandum contains 38 words, in compliance with the Local Civil Rules.***

### [PROPOSED] ORDER

The parties having so stipulated and agreed, the Court hereby ORDERS that the Complaint shall be dismissed without prejudice with each party to bear their own fees and costs.

DATED this 12th day of February, 2024.

_____
Tana Lin
United States District Judge